JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JOSE MANUEL MENDOZA-RODRIGUEZ,<br><br>                Petitioner,<br><br>        v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                Respondents. | Case No. EDCV 26-1730-AS<br><br>**JUDGMENT** |

Pursuant to the Order granting unopposed petition,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: April 17, 2026

                                    _____/s/_____
                                         ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE